# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Oethan Scott Jr.<br>　　　　　　　　Debtor<br><br>Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1<br>　　　　　　　　Movant<br>　　　vs.<br><br>Oethan Scott Jr.<br>　　　　　　　　Respondent | CHAPTER 13<br><br><br>NO. 18-14214 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 to Confirmation of Chapter 13 Plan, which was filed with the Court on or about September 19, 2018 (Document No. 21).

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322

October 19, 2018