## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        OETHAN SCOTT, JR    :      CHAPTER 13
                           :      NO. 18-14214-JFK

## CERTIFICATE OF NO ANSWER OR OBJECTION

I, Daniel P. Mudrick, Esquire, Counsel for Debtor, hereby certify, pursuant to Local Bankruptcy Rule 9013.3(d), that:

1.      Debtor's Application for Approval of Counsel Fees was filed of record with this Court on October 3, 2018;

2.      Service of the Motion was made on creditors and the Trustee via first class mail, postage prepaid and/or electronic means on October 3, 2018; and

3.      As of this date, Counsel for Debtor has received no Answer or Objection from any interested party to the granting of this Application.

Dated:       10/24/2018               /s/ Daniel P. Mudrick
                                       Daniel P. Mudrick, Esquire
                                       Attorney for Debtor
                                       One West First Avenue, Suite 101
                                       Conshohocken, PA 19428-6800
                                       (610) 832-0100