**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    OETHAN SCOTT    :    CHAPTER 13
                         :    NO. 18-14214JKF

**ORDER**

AND NOW, this         day of                    , 2018, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

ORDERED that the fee of $2,500.00 charged to the Debtors be approved and that $1,820.00 be paid to counsel for Debtor from payments received by the Standing Chapter 13 Trustee from the Debtor.

**Date: February 6, 2019**

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge