**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  OETHAN SCOTT, JR.,  :  CHAPTER 13
           Debtor  :  NO.  18-14214JKF

**PRAECIPE TO WITHDRAW CLAIM NO. 9**

Kindly withdraw Proof of Claim No. 9 filed in the above-captioned matter on October 3, 2018.

Dated:  2/08/2019

/s/ Daniel P. Mudrick
Daniel P. Mudrick, Esquire
Attorney for Debtor
325 Sentry Parkway East
Building 5 West – Suite 320
Blue Bell, PA 19422
(610) 832-0100