## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Oethan Scott, Jr. | : | Case No.: 18-14214 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Jean K. FitzSimon |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, THE DEBTOR AND HIS ATTORNEY OF RECORD HEREIN AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE, that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. Section 102(1) and all other applicable law, the undersigned, as counsel of record for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its successor and assigns ("Creditor"), a creditor of the above-named Debtor and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

> Karina Velter, Esquire
> MANLEY DEAS KOCHALSKI LLC
> P.O. Box 165028
> Columbus, OH  43216-5028
> 614-222-4921
> Atty File No.: 19-007367

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interest of the Debtor.

                                              Respectfully submitted,

                                              /s/ Karina Velter
                                              Karina Velter, Esquire (94781)
                                              Adam B. Hall
                                              Sarah E. Barngrover
                                              Manley Deas Kochalski LLC
                                              P.O. Box 165028
                                              Columbus, OH  43216-5028
                                              Telephone: 614-220-5611
                                              Fax: 614-627-8181
                                              Attorneys for Creditor
                                              The case attorney for this file is Karina Velter.
                                              Contact email is kvelter@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Oethan Scott, Jr. | : | Case No.: 18-14214 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Jean K. FitzSimon** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Scott F. Waterman, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606

Daniel P. Mudrick, Attorney for Oethan Scott, Jr., One West First Avenue, Suite 101, Conshohocken, PA 19428-6800, dpmudrick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 20, 2019:

Oethan Scott, Jr., 354 E. Elm Street, Conshohocken, PA 19428-1909

Oethan Scott, Jr., 354 E Elm St, Conshohocken, PA 19428

DATE: _February 20, 2019_

                                                 /s/ Karina Velter
                                                 Karina Velter, Esquire (94781)
                                                 Adam B. Hall
                                                 Sarah E. Barngrover
                                                 Manley Deas Kochalski LLC
                                                 P.O. Box 165028
                                                 Columbus, OH 43216-5028
                                                 Telephone: 614-220-5611
                                                 Fax: 614-627-8181

19-007367_CMW

Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-007367_CMW