IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 18-14214 |
| Oethan Scott, Jr. | : | Chapter 13 |
| | : | Judge Jean K. FitzSimon |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| Wilmington Trust, National Association, | : | Date and Time of Hearing |
| not in its individual capacity, but solely | : | May 8, 2019 at 9:30 a.m. |
| as trustee for MFRA Trust 2015-1 | : | |
| Movant, | : | Place of Hearing |
| | : | U.S. Bankruptcy Court |
| vs | : | 900 Market Street, Courtroom #3 |
| | : | Philadelphia, PA, 19107 |
| Oethan Scott, Jr. | : | |
| | : | Related Document # 47 |
| Scott Waterman | | |
| Respondents. | | |

## ORDER OF COURT

AND NOW, ~~to-wit~~, this __25th__ day of __June__, 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ~~ADJUDGED AND DECREED~~** that:

1. The terms of the foregoing Stipulation are hereby approved ~~in their entirety and incorporated herein as part of this Order~~. The Stipulation is doc. no. 54.

2. ~~Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.~~

By the Court:

_/s/ Jean K. FitzSimon_

JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

5

Scott Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606 (notified by ecf)

Daniel P. Mudrick, Attorney for Debtor, MUDRICK & ZUCKER, PC, 325 Sentry Parkway East, Building 5 West - Suite 320, Blue Bell, PA 19422 (notified by ecf)

Oethan Scott, Jr., Debtor, 354 E. Elm Street, Conshohocken, PA 19428-1909 (notified by regular US Mail)

CONSHOHOCKEN BUREAU AUTHORITY, Party of Interest, 601 E Elm St, Conshohocken, PA 19428-1914 (notified by regular US Mail)