United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Oethan Scott, Jr.  
    Debtor

Case No. 18-14214-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jun 25, 2019  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
db          Oethan Scott, Jr.,   354 E. Elm Street,   Conshohocken, PA   19428-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
         DANIEL P. MUDRICK    on behalf of Debtor Oethan  Scott, Jr. dpmudrick@verizon.net, G30229@notify.cincompass.com
         KARINA  VELTER    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 amps@manleydeas.com
         KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, et als kbuttery@rascrane.com
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et als bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                                TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-14214** |
| **Oethan Scott, Jr.** | : | **Chapter 13** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wilmington Trust, National Association,** | : | **Date and Time of Hearing** |
| not in its individual capacity, but solely | : | **May 8, 2019 at 9:30 a.m.** |
| as trustee for MFRA Trust 2015-1 | : | |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #3** |
| **Oethan Scott, Jr.** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Scott Waterman** | | **Related Document #  47** |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, ~~to wit~~, this  25th  day of   June  , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ~~ADJUDGED, AND DECREED~~** that:

1.      The terms of the foregoing Stipulation are hereby approved ~~in their entirety and incorporated herein as part of this Order~~. The Stipulation is doc. no. 54.

2.      ~~Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.~~

By the Court:

*Jean K. FitzSimon*

_____
JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

Scott Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606 (notified by ecf)

Daniel P. Mudrick, Attorney for Debtor, MUDRICK & ZUCKER, PC, 325 Sentry Parkway East, Building 5 West - Suite 320, Blue Bell, PA 19422 (notified by ecf)

Oethan Scott, Jr., Debtor, 354 E. Elm Street, Conshohocken, PA 19428-1909 (notified by regular US Mail)

CONSHOHOCKEN BUREAU AUTHORITY, Party of Interest, 601 E Elm St, Conshohocken, PA 19428-1914 (notified by regular US Mail)