United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-14214-jkf
Oethan Scott, Jr.                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Aug 27, 2019
                              Form ID: 167            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
```
db              Oethan Scott, Jr.,    354 E. Elm Street,    Conshohocken, PA  19428-1909
cr             +Wilmington Trust, National Association, et als,    RAS Crane LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
14161054       +FAY FINANCIAL,    440 S La Salle St Ste 2000,    Chicago, IL 60605-1016
14161055        FAY SERVICING,    5151 Corporate Dr,   Troy, MI  48098-2639
14345989        Fay Servicing, LLC,    PO BOX 814609,   Dallas TX 75381-4609
14131978       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14161057       #INTERSTATE CREDIT AND COLLECTION, INC.,    21 W Fornance St Ste 200,
                 Norristown, PA  19401-3300
14161058        KIA MOTOR FINANCE,    PO Box 20835,    Fountain Valley, CA  92728-0835
14161059        KML Law Group, P.C.,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
14276566        MFRA Trust 2015-1.,    c/o Karina Velter, Esquire,    MANLEY DEAS KOCHALSKI LLC,
                 P.O. Box 165028,    Columbus, OH  43216-5028
14200183       #+Mudrick & Zucker, P.C.,    One West First Avenue,    Suite 101,    Conshohocken, PA 19428-6800
14208115       #+Mudrick & Zucker, PC,    One West First Avenue,    Suite 101,    Conshohocken, PA 19428-6800
14178535        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of North Star,
                 Capital Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14161061       +WILMINGTON TRUST,    1100 N Market St,    Wilmington, DE 19801-1281
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14161052        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2019 02:50:08
                 CAPITAL ONE BANK USA NA,    10700 Capitol One Way,    Glen Allen, VA  23060-9243
14161053        E-mail/PDF: creditonebknotifications@resurgent.com Aug 28 2019 02:50:09     CREDIT ONE BANK,
                 PO Box 98872,    Las Vegas, NV  89193-8872
14165310        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2019 02:50:33
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14180786        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2019 02:50:09
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14161060        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2019 02:50:34
                 PORTFOLIO RECOVERY,    120 Corporate Blvd,    Norfolk, VA  23502-4962
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14161051        18-14214
14188709        WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
cr*             Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
14161056*       HYUNDAI LEASE TITLING TRUST,    PO Box 20825,    Fountain Valley, CA  92728-0825
14131979*      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14131980*      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
                                                                                 TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                  Date Rcvd: Aug 27, 2019
                               Form ID: 167                Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:

              DANIEL P. MUDRICK    on behalf of Debtor Oethan  Scott, Jr. dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              KARINA  VELTER    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 amps@manleydeas.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, et als
               kbuttery@rascrane.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et als
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Oethan Scott, Jr.
    Debtor(s)

Case No: 18–14214–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

Objection to Certification of Default

    on: 9/25/19

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

Date: 8/27/19

For The Court

Timothy B. McGrath
Clerk of Court

64 – 63
Form 167