# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-14214-jkf** |
| **Oethan Scott, Jr.** | : | **Chapter 13** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wilmington Trust, National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **Place of Hearing** |
| **as trustee for MFRA Trust 2015-1** | : | _____ |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #3** |
| **vs** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Oethan Scott, Jr.** | : | |
| | : | |
| **Scott Waterman** | | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Creditor"), it is hereby **ORDERED** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the Real Property of Debtor located at 354 E. Elm Street, Conshohocken, PA 19428 and more particularly described in the Mortgage, recorded December 29, 2006, at Mortgage Book Volume 11987, Page 02734 to 02755.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

Dated: 10/8/19

_____

JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT