United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14214-jkf
Oethan Scott, Jr.                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW        Page 1 of 1        Date Rcvd: Oct 08, 2019
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db              Oethan Scott, Jr.,   354 E. Elm Street,   Conshohocken, PA  19428-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
          DANIEL P. MUDRICK   on behalf of Debtor Oethan  Scott, Jr. dpmudrick@verizon.net,
          G30229@notify.cincompass.com
          KARINA  VELTER   on behalf of Creditor   Wilmington Trust, National Association, not in its
          individual capacity, but solely as trustee for MFRA Trust 2015-1 amps@manleydeas.com
          KEVIN M. BUTTERY   on behalf of Creditor   Wilmington Trust, National Association, et als
          kbuttery@rascrane.com
          POLLY A. LANGDON   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
          ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Trust, National Association, et als
          bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Wilmington Trust, National Association, not in its
          individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com
                                                                   TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-14214-jkf** |
| **Oethan Scott, Jr.** | : | **Chapter 13** |
| | : | **Judge Jean K. FitzSimon** |
| Debtor(s) | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **Wilmington Trust, National Association,** | : | **Date and Time of Hearing** |
| **not in its individual capacity, but solely** | : | **Place of Hearing** |
| **as trustee for MFRA Trust 2015-1** | : | _____ |
| Movant, | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #3** |
| vs | : | **Philadelphia, PA, 19107** |
| | : | |
| **Oethan Scott, Jr.** | : | |
| | : | |
| **Scott Waterman** | | |
| Respondents. | | |

**ORDER OF COURT**

AND NOW, upon consideration of the Certification of Default filed by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Creditor"), it is hereby **ORDERED** that the Automatic Stay bexandxherebx is terminated as it affects the interest of Creditor in and to the Real Property of Debtor located at 354 E. Elm Street, Conshohocken, PA 19428 and more particularly described in the Mortgage, recorded December 29, 2006, at Mortgage Book Volume 11987, Page 02734 to 02755.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

Dated: 10/8/19

_____
JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT