United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14214-jkf
Oethan Scott, Jr.                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Jan 15, 2020
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db             Oethan Scott, Jr.,    354 E. Elm Street,    Conshohocken, PA 19428-1909
cr            +Wilmington Trust, National Association, et als,    RAS Crane LLC,
               10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
14161054      +FAY FINANCIAL,    440 S La Salle St Ste 2000,    Chicago, IL 60605-1016
14161055       FAY SERVICING,    5151 Corporate Dr,    Troy, MI 48098-2639
14345989       Fay Servicing, LLC,    PO BOX 814609,    Dallas TX 75381-4609
14131978      +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14161058       KIA MOTOR FINANCE,    PO Box 20835,    Fountain Valley, CA 92728-0835
14161059       KML Law Group, P.C.,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
14276566       MFRA Trust 2015-1.,    c/o Karina Velter, Esquire,    MANLEY DEAS KOCHALSKI LLC,
               P.O. Box 165028,    Columbus, OH 43216-5028
14161061      +WILMINGTON TRUST,    1100 N Market St,    Wilmington, DE 19801-1281
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 16 2020 03:14:16      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 16 2020 03:13:43
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 16 2020 03:14:10      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14161052       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 03:21:14
               CAPITAL ONE BANK USA NA,    10700 Capitol One Way,    Glen Allen, VA 23060-9243
14161053       E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 03:21:17      CREDIT ONE BANK,
               PO Box 98872,    Las Vegas, NV 89193-8872
14165310       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 03:21:14
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14180786       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 03:20:32
               LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
               LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14161060       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 03:21:16
               PORTFOLIO RECOVERY,    120 Corporate Blvd,    Norfolk, VA 23502-4962
14178535       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 03:20:32
               Pinnacle Credit Services, LLC its successors and,    assigns as assignee of North Star,
               Capital Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14161051       18-14214
14188709       WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS
cr*            Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
14161056*      HYUNDAI LEASE TITLING TRUST,    PO Box 20825,    Fountain Valley, CA 92728-0825
14131979*     +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14131980*     +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
14161057     ##INTERSTATE CREDIT AND COLLECTION, INC.,    21 W Fornance St Ste 200,
               Norristown, PA 19401-3300
14200183    ##+Mudrick & Zucker, P.C.,    One West First Avenue,    Suite 101,    Conshohocken, PA 19428-6800
14208115    ##+Mudrick & Zucker, PC,    One West First Avenue,    Suite 101,    Conshohocken, PA 19428-6800
                                                                                TOTALS: 2, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2020                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW               Page 2 of 2                   Date Rcvd: Jan 15, 2020
                              Form ID: pdf900              Total Noticed: 19
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:

```
          DANIEL P. MUDRICK    on behalf of Debtor Oethan  Scott, Jr. dpmudrick@verizon.net,
           G30229@notify.cincompass.com
          KARINA   VELTER    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2015-1 amps@manleydeas.com
          KEVIN M. BUTTERY    on behalf of Creditor    Wilmington Trust, National Association, et als
           kbuttery@rascrane.com
          POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, et als
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2015-1 bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>OETHAN SCOTT JR<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 18-14214-JKF |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 15, 2020**

JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE